IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62390-PCH

NAV-TV, CORP.,

    Plaintiff,

v.

RICHARD DESCLAFANI, individually and
CAR INTEGRATION SYSTEMS CORP.
a/k/a CIS CORP.

    Defendants.
_____/

**UNOPPOSED ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

This matter is before the Court on Plaintiff NAV-TV's Motion for Entry of Default Judgment against Defendants (the "Motion") [D.E. 11], filed on March 6, 2015. On January 15, 2015, the Clerk of Court entered a default against Defendants RICHARD DESCLAFANI and CAR INTEGRATION SYSTEMS CORP. for failure to appear, answer or otherwise plead to the complaint within the time required by law. [D.E. 9.] The parties have indicated that Defendants do not oppose the Motion [*see* D.E. 16]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion [D.E. 11] is hereby **GRANTED.**

2. In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

**DONE AND ORDERED** in Chambers at Miami, Florida this 3rd day of April, 2015.

_____
THE HONORABLE PAUL C. HUCK
UNITED STATES DISTRICT JUDGE