IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  14-CV-62390-PCH

NAV-TV, CORP.,

    Plaintiff,

        v.

RICHARD DESCLAFANI, individually and
CAR INTEGRATION SYSTEMS CORP.
a/k/a CIS CORP.

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SERVICE

Plaintiff, NAV-TV, CORP, ("Plaintiff"), by and through their undersigned counsel, hereby files its Notice of Serving the Unopposed Order Granting Motion for Default Judgment (D.E. 18) and Final Default Judgment and Permanent Injunction (D.E. 19) on to Defendants, RICHARD DESCLAFANI and CAR INTEGRATION SYSTEMS CORP,. a/k/a CIS CORP., at 6831 Eastview Drive, Lake Worth, Florida 33462 on April 8, 2015.

Dated: April 8, 2015                     Respectfully submitted,

                                             By: /s/ Lorri Lomnitzer  \_\_\_\_
                                             Lorri Lomnitzer
                                             Florida Bar No.: 37632
                                             MEREDITH & KEYHANI, PLLC
                                             7999 N. Federal Highway, Suite 200
                                             Boca Raton, Florida 33487
                                             Telephone: 561-953-9300
                                             Direct: 561-953-9301
                                             Facsimile: 561-953-3455
                                             Lorri@Lomnitzerlaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing is being served via the methods referenced below this day April 8, 2015 on all counsel or parties of record on the Service List:

## SERVICE LIST

*NAV-TV, Corp., v. Richard Desclafani and Car Integration Systems Corp. a/k/a CIS Corp.*
Case No.: 14-cv-62390-PCH
United States District Court, Southern District of Florida

**Via U.S. Mail:**

| | |
|---|---|
| Richard Desclafani | Car Integration Systems Corp. |
| 6831 Eastview Drive, | 6831 Eastview Drive, |
| Lake Worth, FL 33462 | Lake Worth, FL 33462 |

*(Defendants, unrepresented as of yet)*

                        By: */s/Lorri Lomnitzer*_____
                        Lorri Lomnitzer, Esq.